## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Hipolito Rodriguez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER LIFTING STAY** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:20-cv-111 |
| Oasis Petroleum North America, LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

On October 5, 2020, Defendant Oasis Petroleum North America, LLC ("Oasis") filed a "Suggestion of Bankruptcy . . . and Notice of Automatic Stay of Proceedings." (Doc. No. 10). Consequently, on October 6, 2020, the court issued an order staying this matter pursuant to 11 U.S.C § 362.  (Doc. No. 11).

On January 19, 2022, the parties filed a "Stipulation to Lift Stay." (Doc. No. 12).  The court **ADOPTS** the parties' stipulation (Doc. No. 12) and lifts the stay.

Prior to staying this action, the final pretrial conference and jury trial had been respectively scheduled for January 18 and February 1, 2022.  The final pretrial shall be rescheduled for June 6, 2023, at 9:00 AM before the undersigned by telephone.  To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.  The jury trial shall be rescheduled for June 20, 2023 at 9:30 AM in Bismarck (courtroom #1) before Judge Traynor.  A four (4) day trial is anticipated.  The parties shall have until January 20, 2023, to file dispositive motions.  The parties shall submit a revised scheduling plan for court's consideration  by February 14, 2022.  The plan should be emailed to ndd_J-Hochhalter@ ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
