IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Hipolito Rodriguez | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Oasis Petroleum North America, LLC, | ) | Case No. 1:20-cv-111 |
| John Doe, and John Doe Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on October 31, 2023. Pursuant to it discussion with the parties, the court shall continue the final pretrial conference and trial. Accordingly, the final pretrial conference set for November 21, 2023, shall be rescheduled for April 2, 2024, at 9:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for December 4, 2023, shall be rescheduled for April 15, 2024, at 9:30 AM in Bismarck before Judge Traynor (courtroom 1). A four (4) day trial is anticipated. Trial preparation deadlines are contained in the court's order at Doc. No. 8.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2023.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court